Case 4:22-cr-00124-CLR Document 9 (Court only) Filed 11/08/22 Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

FILED
RECEIVED
LODGED
COPY

DEC - 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

United States of America
v.

Yawovi F. Afi

*Defendant*

Case No. 4:22cr124

FID # 11480440
2321-1108-0337-H

23-2248M

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Yawovi F. Afi**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Failure to Appear on 11/8/2022 at a hearing regarding:

18 U.S.C. §§ 7 and 13; O.C.G.A. § 40-6-391(a)(1) DUI Less Safe

Date: 11/08/2022

*Issuing officer's signature*

City and state: Savannah, GA

CHRISTOPHER L. RAY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/08/22, and the person was arrested on *(date)* 12/04/23
at *(city and state)* Tucson, AZ.

Date: 12/04/23

Subject arrested by USMS
and initialed on 12/04/23
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

Case 4:22-cr-00124-CLR   Document 1   Filed 08/22/22   Page 1 of 2

FILED
John E. Triplett, Clerk of Court
United States District Court

By: jburrell at 9:04 am, Aug 22, 2022

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) INFORMATION NO. 4:22cr-124 |
|---|---|
|  | ) |
| v. | ) 18 U.S.C. §§ 7 and 13 |
|  | ) |
| YAWOVI F. AFI | ) O.C.G.A. § 40-6-391(a)(1) |
|  | ) DUI Less Safe |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
*DUI Less Safe*
O.C.G.A. § 40-6-391(a)(1)

On or about May 28, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

### YAWOVI F. AFI

did unlawfully drive and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

*[Signature On The Following Page]*

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559

2